# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>TWIN CITIES COUNSELING LLC, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.  Civil No. 24-1254 (DWF/DJF)<br><br>CHANGE HEALTHCARE, INC.,<br><br>Defendant. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [49]); Civil No. 24-1254 (DWF/DJF), (Doc. No. [16])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 31, 2024           s/Donovan W. Frank  
                                      DONOVAN W. FRANK  
                                      United States District Judge